

Signed: March 03, 2010

_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge
_____

Prober & Raphael,
A Law Corporation
Dean Prober, Esquire, #106207
Lee S. Raphael, Esquire, #180030
Cassandra J. Richey, Esquire #155721
David F. Makkabi, Esquire #249825
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
Attorneys for Secured Creditor
U.S. Bank, N.A. successor in interest to
the FDIC as receiver for Downey
Savings and Loan Association, FA
F.040-1275

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>ANDREW ALDEN ROBERTSON AND<br>ALEXANDRA LORENA ROUNDS,<br><br>Debtors.<br><br>_____ | ) Bk. No. 09-14358<br>)<br>) CHAPTER 7<br>)<br>) R.S. No. DRP – 701<br>)<br>) ORDER FOR RELIEF FROM<br>) <u>AUTOMATIC STAY</u><br>)<br>) Hearing-<br>) Date : 2/25/10<br>) Time : 9:00 a.m.<br>) Place : U.S. Bankruptcy Court<br>)       99 South E Street<br>)       Santa Rosa, California<br>)       Courtroom (bkcy) |

      The Motion for Relief from Automatic Stay of U.S. Bank, N.A. successor in interest to the FDIC as receiver for Downey Savings and Loan Association, FA, its assignees and/or successors in interest, came on for hearing on February 25, 2010 at 9:00 a.m., before the Honorable Alan Jaroslovsky. Appearances are as set forth in the Court's docket.

| | |
|---|---|
| 1 | The Court after reviewing the pleadings and records, and after determining |
| 2 | that GOOD CAUSE exists, makes the following Order: |
| 3 | IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic |
| 4 | Stay in the above-entitled Bankruptcy proceeding is hereby vacated and extinguished for all |
| 5 | purposes as to U.S. Bank, N.A. successor in interest to the FDIC as receiver for Downey Savings |
| 6 | and Loan Association, FA, its assignees and/or successors in interest ("Secured Creditor" herein), |
| 7 | and Secured Creditor, its assignees and/or successors in interest may proceed with foreclosure of the |
| 8 | subject Property generally described as **165 Oddstad Drive 20, Vallejo, California** pursuant to |
| 9 | applicable statutory law, and thereafter commence any action necessary to obtain complete |
| 10 | possession thereof. |
| 11 | IT IS FURTHER ORDERED that entry of this order shall be deemed to constitute |
| 12 | relief from the automatic stay as to any interest the Chapter 7 Trustee may have in the subject |
| 13 | Property. |
| 14 | IT IS FURTHER ORDERED that the 14-day stay provided by Bankruptcy Rule |
| 15 | 4001(a)(3) is waived. |

** END OF ORDER**